# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| THE SAFE HOUSE, LLC, | ) |
| Plaintiff, | ) Case No.: 1:24-cv-03532 |
| v. | ) |
| DISTRICT OF COLUMBIA, et al. | ) Judge: Hon. Ana C. Reyes |
| Defendants. | ) |

## PLAINTIFF'S MOTION FOR AND PRELIMINARY INJUNCTION

COMES NOW, Plaintiff, The Safe House, LLC, by and through undersigned counsel, respectfully motions this Court to grant a preliminary injunction to enjoin Defendants from enforcing provisions of the Medical Cannabis Amendment Act, provisions of the D.C. Code and Municipal Regulations; and further issuances of ABCA Board cease-and-desist and summary closure orders. In support of this motion, Plaintiff offers this Court the accompanying Memorandum of Points and Authorities.

WHEREFORE, Plaintiff respectfully requests that this Court grant this Motion for Preliminary Injunction in favor of Plaintiff.

Date: December 26, 2024              Respectfully submitted,

/s/ Margaret Villalobos
Trustee of SHMO Irrevocable Trust,
Managing Member of
The Safe House, LLC

By:/s/Jacobie Whitley
Jacobie Whitley, Esq. (DC Bar #1500314)
Law Office of Jacobie K Whitley, PLLC

1455 Pennsylvania Avenue NW<br>
Suite 400<br>
Washington, DC 20004<br>
Tel: (202) 499-2403<br>
Fax: (202) 499-2402<br>
Email: jwhitley@lawofficeofjkw.com<br>
*Counsel for Plaintiff*

## CERTIFICATE OF RULE 12-I

I HEREBY certify that on December 26, 2024, Plaintiff's counsel attempted to contact Defendants via email to seek consent to the relief sought but did not receive a response by the time this motion was filed, and this should be interpreted as non-consent from Defendants to the relief sought in this motion.

/s/ Jacobie Whitley<br>
Jacobie Whitley, Esq.

## CERTIFICATE OF SERVICE

I HEREBY certify that on December 26, 2024, this Motion for Preliminary Injunction was served by CM/ECF upon the following:

Helen Marie Rave<br>
Office of the Attorney General<br>
400 6th Street, N.W.<br>
Washington, D.C. 20001<br>
helen.rave@dc.gov<br>
<br>
David R. Wasserstein<br>
Office of the Attorney General<br>
400 6th Street, N.W.<br>
Washington, D.C. 20001<br>
David.wasserstein@dc.gov<br>
<br>
Daniel Golden<br>
Deputy General Counsel of the<br>
District of Columbia<br>
1350 Pennsylvania Avenue N.W., Suite 4<br>
Washington, D.C. 20004<br>
dgolden@dccouncil.us

<u>/s/ Jacobie Whitley</u><br>
Jacobie Whitley, Esq.